UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
) Case No. 10-81016-TC
MARRIS, HARRY DEAN And )
DELORES JUNE, ) Chapter 7
)
        Debtor(s). )

**MOTION FOR AUTHORITY TO SELL PROPERTY (Minerals and/or Royalty) OF THE ESTATE AND NOTICE OF PROPOSED SALE**

COMES NOW Charles Greenough, Trustee, by and through his attorneys, McAfee & Taft, and for his Motion for Authority to Sell Property (Minerals) of the Estate and Notice of Proposed Sale, states as follows:

1. The Debtors, Harry Dean Marris and Delores June Marris, filed their Voluntary Chapter 7 Petition on June 13, 2010, in the Eastern District of Oklahoma.

2. The Bankruptcy Estate contains the following described minerals and/or royalty interests, to wit:

    A. located in Section 16, T5S, *and* Section 12, T5S, *and* 1/22 interest in Section 16, T4S, all in Range 2 East, Carter County, Oklahoma (the "Minerals")

The Trustee proposes to sell the Minerals at public sale upon proper notice.

3. The Trustee desires to sell the Minerals and requests the Court enter an Order authorizing him to sell the Minerals.

4. Notice is hereby given to all interested parties that Trustee herein, pursuant to Bankruptcy Rules 2002 (a)(2) and 6004 (a)(e)(1), proposes to sell, other than in the ordinary course of business, the Minerals as herein described.

5. The Minerals will be sold at public auction by Dakil Auctioneers, Inc., on December 2, 2010, at 10:00 A.M. at 200 N.W. 114th St., Oklahoma City, Oklahoma.

6. The Trustee submits that this public sale is in the best interest of the Estate.

WHEREFORE, the Trustee applies to the Court for an Order authorizing him to auction the Minerals on December 2, 1020. Notice of the proposed auction is hereby given to all interested parties.

*/s/ Charles Greenough*
Charles Greenough, OBA #12311
McAfee & Taft
1717 South Boulder, Suite 900
Tulsa, OK 74119
Phone: (918) 587-0000
Fax:    (918) 599-9317
charles.greenough@mcafeetaft.com
